**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:26-cr-00385 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE JAMES E. GRIMES |
| | ) | |
| DHAVALKUMAR PATEL, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING PLEA OF GUILTY AND REFERRING THE MATTER FOR PREPARATION OF A PRESENTENCE REPORT** |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge James E. Grimes recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 33). On February 13, 2025, the government filed a Criminal Complaint alleging that Defendant engaged in wire fraud in violation of 18 U.S.C. § 1343 and violated the Travel Act, 18 U.S.C. § 1952(a)(1). (ECF No. 1). On September 1, 2026, the government filed a one-count Information alleging that Defendant engaged in conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349. (ECF No. 29). Defendant waived his right to prosecution by indictment and consented to prosecution by information on September 17, 2026. (ECF No. 31).

On September 1, 2026, the Court referred this matter to Magistrate Judge Grimes to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (ECF No. 30). The parties consented to the referral on September 17, 2026. (ECF No. 32).

On September 17, 2026, Magistrate Judge Grimes held an arraignment and change of plea hearing, during which the Defendant entered a plea of guilty. (Minutes of proceedings [non-document] dated 9/17/2026). The same day, Magistrate Judge Grimes issued an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 33). Any objections to the R&R were due on October 1, 2026. (*Id.* at PageID #97). Neither party has objected to the R&R.

On review of the record, including the written transcript, the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied that any threats or promises were made to get him to enter the plea other than those promises contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of Count 1 of the Information. This matter is hereby referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for January 20, 2027, at 10:00 AM.

**IT IS SO ORDERED.**

Date: October 20, 2026



**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**